UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 22 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: )
)  Case No.
CONNAUGHTY, )          03-12351
)
)
)
Debtor(s). )           03-12351

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. Section 347(a), 28 U.S.C. Section 2042, and the application of <u>Joshua Connaughty c/o Sierra Funds Recovery</u>, Inc, seeking payment of funds previously unclaimed by <u>JOSHAUA CONNAUGHTY</u> (creditors/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that <u>Joshua Connaughty</u> is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ __$2,230.00__ from the _____ to:

Joshua Connaughty
c/o Sierra Funds Recovery, Inc.
10123 Main Place, Ste. B
Bothell WA 98011-3402

DATED: 12-22-06

_____
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)                                 4/3